CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 01 2015

JULIA C. DUDLEY, CLERK
BY:
  /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKIE JAE LORDMASTER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00509 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| E. BARKSDALE, *et al*, | ) | By:   Michael F. Urbanski |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. All pending motions are **DENIED** as moot.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This _1st_ day of ~~November~~ December, 2015.

                                                  /s/ Michael F. Urbanski
                                                  United States District Judge